AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-6150

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Royal United Mortgage LLC</u> was received by me on *(date)* <u>Oct 29, 2025</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Jim DiVincenzo, Process Specialist</u>, who is designated by law to accept service of process on behalf of *(name of organization)* <u>Royal United Mortgage LLC</u> on *(date)* <u>Wed, Oct 29 2025 at 3:06pm</u>; or

☐ I returned the summons unexecuted because: _____; or

☐ Other: _____; or

I declare under penalty of perjury that this information is true.

Date: October 30, 2025

*Server's signature*

WILLIAM H. DEWSNAP, III Process Server and Disinterested Person

*Printed name and title*

92 State Street 8th Floor, Boston, MA 02109

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Oct 29, 2025, 3:06 pm EDT at 84 State St., Boston, MA 02109 received by Jim DiVincenzo, Process Specialist.

**Documents Served:** image001.pngRoyal United Service Package; Summons in a Civil Action; Class Action Complaint; and Civil Cover Sheet.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

Erin Wilson, individually and on behalf of others similarly situated,

*Plaintiff(s)*

v.

Royal United Mortgage LLC

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

A TRUE COPY ATTEST

Process Server & Disinterested Person

Civil Action No.  1:25-cv-6150

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Royal United Mortgage LLC
Corporation Service Company
84 STATE ST.
BOSTON, MA 02109

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    CHINN LAW FIRM, LLC,
245 N. Highland Ave. Suite 230 #7
Atlanta, GA 30307

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date: ___10/28/2025___

___s/Stephanie Wilson-Bynum___
*Signature of Clerk or Deputy Clerk*