UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIN WILSON, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>ROYAL UNITED MORTGAGE LLC,<br><br>Defendant. | Civil Action No.: 1:25-cv-06150-AT |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Rule 83.1(D)(1) of the Local Rules for the United States District Court for the Northern District of Georgia, Benjamin I. Fink of the law firm of BERMAN FINK VAN HORN P.C. hereby enters his appearance as attorney of record on behalf of Defendant Royal United Mortgage, LLC in the above styled case.

Dated: November 19, 2025

Respectfully submitted,

BERMAN FINK VAN HORN P.C.

*/s/ Benjamin I. Fink*
Benjamin I. Fink, Esq.
Georgia Bar No. 261090
3475 Piedmont Road
Suite 1640
Atlanta, GA 30305
bfink@bfvlaw.com
*COUNSEL FOR DEFENDANT*
*ROYAL UNITED MORTGAGE LLC*

1