## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |
|---|---|
| ERIN WILSON, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>ROYAL UNITED MORTGAGE LLC,<br><br>Defendant. | Civil Action No.: 1:25-cv-06150-AT |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Rule 83.1(D)(1) of the Local Rules for the United States District Court for the Northern District of Georgia, Emma L. Sammons of the law firm of BERMAN FINK VAN HORN P.C. hereby enters her appearance as attorney of record on behalf of Defendant Royal United Mortgage, LLC in the above styled case.

Dated: November 19, 2025

Respectfully submitted,

BERMAN FINK VAN HORN P.C.

By: */s/ Emma L. Sammons*
Emma L. Sammons
Georgia Bar No. 518517
3475 Piedmont Road, Suite 1640
Atlanta, GA 30305
esammons@bfvlaw.com
*COUNSEL FOR DEFENDANT*
*ROYAL UNITED MORTGAGE LLC*

1