UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIN WILSON, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> ROYAL UNITED MORTGAGE LLC, <br><br> Defendant. | Civil Action No.: 1:25-cv-06150-AT |

**CONSENT MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

Defendant Royal United Mortgage LLC ("Defendant" or "Royal United"), by and through its undersigned counsel, respectfully moves this Court for an extension of time to answer or otherwise respond to the Complaint. In support of this motion, Defendant states as follows:

The undersigned counsel was only recently contacted concerning this matter and is still working through the engagement process with Royal United to represent it in this matter. Counsel needs additional time to complete the engagement process and investigate the allegations and Plaintiff's interactions with Royal United, which information could lead to an early resolution of this matter without the need for potentially unnecessary motions practice.

1

The current deadline for Royal United to respond to the Complaint is November 19, 2025. Defendant is requesting an extension of four weeks, to December 17, 2025, to file its response.

Counsel for Plaintiff has consented to this extension.

WHEREFORE, Defendant respectfully requests that the Court grant an extension of the deadline for it to file a response to the Complaint to December 17, 2025.

Dated: November 19, 2025	Respectfully submitted,

*/s/ Benjamin I. Fink*
Benjamin I. Fink, Esq.
Georgia Bar No. 261090
Katherine M. Silverman, Esq.
Georgia Bar No. 395741
Emma L. Sammons, Esq.
Georgia Bar No. 518517
3475 Piedmont Road
Suite 1640
Atlanta, GA 30305
bfink@bfvlaw.com
ksilverman@bfvlaw.com
esammons@bfvlaw.com

*COUNSEL FOR DEFENDANT*
*ROYAL UNITED MORTGAGE LLC*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rules 7.1D and 5.1B, the undersigned counsel certifies that this document complies with the Local Rules' requirements as to font in that it has been prepared in Times New Roman, 14 point.

Dated: November 19, 2025

                                            By:   */s/ Benjamin I. Fink*
                                                           Benjamin I. Fink

## CERTIFICATE OF SERVICE

I certify that, on November 19th, 2025, I electronically filed the foregoing **CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** with the Clerk of the Court using the CM/ECF system which will automatically send an e-mail notification to all counsel of record:

Anthony I. Paronich
PARONICH LAW, P.C.
Suite 2400
350 Lincoln St.
Hingham, MA 02043
anthony@paronichlaw.com

Valerie Lorraine Chinn
CHINN LAW FIRM, LLC
245 N. Highland Ave
Suite 230 #7
Atlanta, GA 30307
vchinn@chinnlawfirm.com

BERMAN FINK VAN HORN P.C.

By:   /s/ *Benjamin I. Fink*
        Benjamin I. Fink
        Georgia Bar No: 261090