UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIN WILSON, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>ROYAL UNITED MORTGAGE LLC,<br><br>Defendant. | Civil Action No.: 1:25-cv-6150-AT |

**[PROPOSED] ORDER GRANTING CONSENT MOTION
FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Upon consideration of Defendant's Unopposed Motion for Extension of Time, it is hereby:

**ORDERED** that the Motion is **GRANTED** and the deadline for Defendant to file a response to the Complaint is extended to December 17, 2025.

ENTERED this _____ day of _____, 2025.

_____
HONORABLE AMY TOTENBERG
UNITED STATES DISTRICT COURT JUDGE

1