UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIN WILSON, *et al.*<br><br>    Plaintiffs,<br><br>    v.<br><br>ROYAL UNITED MORTGAGE LLC,<br><br>    Defendant. | Civil Action No.: 1:25-cv-6150-AT |

**DEFENDANT ROYAL UNITED MORTGAGE LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Defendant Royal United Mortgage LLC ("Royal United") certifies the following:

(1)  The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

**Plaintiff:** Erin Wilson

**Defendant:** Royal United Mortgage LLC

**Parent Company:** Royal United Financial Services, LLC

1

**Publicly held corporation that owns 10% or more of the stock:** None

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

None.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

(a) **For Plaintiff:**

PARONICH LAW, P.C.
Anthony I. Paronich
Suite 2400
350 Lincoln St.
Hingham, MA 02043
anthony@paronichlaw.com

CHINN LAW FIRM, LLC
Valerie Lorraine Chinn
245 N. Highland Ave
Suite 230 #7
Atlanta, GA 30307
vchinn@chinnlawfirm.com

(b) **For Defendant:**

BERMAN FINK VAN HORN P.C.
Benjamin I. Fink, Esq.
Katherine M. Silverman, Esq.
Emma L. Sammons, Esq.

3475 Piedmont Road
Suite 1640
Atlanta, GA 30305
bfink@bfvlaw.com
ksilverman@bfvlaw.com
esammons@bfvlaw.com

ARENTFOX SCHIFF LLP
Adam Bowser
1717 K Street NW
Washington, DC 20006
adam.bowser@afslaw.com

Dated: November 19, 2025              Respectfully submitted,

                                      */s/ Benjamin I. Fink*
                                      Benjamin I. Fink, Esq.
                                      Georgia Bar No. 261090
                                      Katherine M. Silverman, Esq.
                                      Georgia Bar No. 395741
                                      Emma L. Sammons, Esq.
                                      Georgia Bar No. 518517
                                      3475 Piedmont Road
                                      Suite 1640
                                      Atlanta, GA 30305
                                      bfink@bfvlaw.com
                                      ksilverman@bfvlaw.com
                                      esammons@bfvlaw.com

                                      *COUNSEL FOR DEFENDANT*
                                      *ROYAL UNITED MORTGAGE LLC*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rules 7.1D and 5.1B, the undersigned counsel certifies that this document complies with the Local Rules' requirements as to font in that it has been prepared in Times New Roman, 14 point.

Dated: November 19, 2025

                                            By:    */s/ Benjamin I. Fink*
                                                           Benjamin I. Fink

...

## **CERTIFICATE OF SERVICE**

I certify that, on November 19th, 2025, I electronically filed the foregoing **DEFENDANT ROYAL UNITED MORTGAGE LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification to the following:

Anthony I. Paronich
PARONICH LAW, P.C.
Suite 2400
350 Lincoln St.
Hingham, MA 02043
anthony@paronichlaw.com

Valerie Lorraine Chinn
CHINN LAW FIRM, LLC
245 N. Highland Ave
Suite 230 #7
Atlanta, GA 30307
vchinn@chinnlawfirm.com

BERMAN FINK VAN HORN P.C.

By:   */s/ Benjamin I. Fink*
       Benjamin I. Fink
       Georgia Bar No: 261090