UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIN WILSON, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> ROYAL UNITED MORTGAGE LLC, <br><br> Defendant. | Civil Action No.: 1:25-cv-6150-AT |

**ORDER GRANTING CONSENT MOTION**
**FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Upon consideration of Defendant's Unopposed Motion for Extension of Time, it is hereby:

**ORDERED** that the Motion is **GRANTED** and the deadline for Defendant to file a response to the Complaint is extended to December 17, 2025.

ENTERED this 19th day of November, 2025.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**