**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **ERIN WILSON,** | |
| **Plaintiff,** | CIVIL ACTION NO. |
| | 1:25-cv-06150-AT |
| **v.** | |
| **ROYAL UNITED MORTGAGE LLC,** | |
| **Defendant.** | |

## <u>ORDER</u>

As a senior judge of the Northern District of Georgia, I decline assignment of this case.  The Clerk is directed not to substitute another case for this action.

**SO ORDERED** this 21st day of November, 2025.

**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**