UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIN WILSON, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>ROYAL UNITED MORTGAGE LLC,<br><br>Defendant. | Civil Action No.: 1:25-cv-6150 |

**ORDER ON UNOPPOSED MOTION
TO EXTEND THE TIME FOR THE PLAINTIFF
TO FILE A MOTION FOR CLASS CERTIFICATION**

Before the Court is Plaintiff's motion be able to file a motion for class certification at a time that is Ordered by the Court when a joint proposed Scheduling Order is issued. Having reviewed the Motion and the applicable law, the Court finds that good cause exists to grant the requested relief. Accordingly, IT IS HEREBY ORDERED that:

Plaintiff's deadline to file a Motion for Class Certification is extended until a date to be set forth in the Court's Scheduling Order following a Rule 26(f) conference and submission of a joint proposed schedule by the parties.

SO ORDERED, this 14th day of ___January___, 2025.

_____
Hon. Thomas W. Thrash, Jr.